BUCK, APPELLEE, *v.* VILLAGE OF REMINDERVILLE, APPELLANT, ET AL.

[Cite as *Buck v. Reminderville*, 132 Ohio St.3d 24, 2012-Ohio-1580.]

(No. 2011–0258—Submitted March 21, 2012—Decided April 12, 2012.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Sampson v. Cuyahoga Metro. Hous. Auth.*, 131 Ohio St.3d 418, 2012-Ohio-570, 966 N.E.2d 247 .

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

Kenneth D. Myers, for appellee.

Tomino & Latchney, L.L.C., L.P.A., and John D. Latchney, for appellant.